**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,  :  :  :  Plaintiff,  :  :  v.  :  :  CYNTHIA BENNETT, et al.,  :  :  Defendants.  : | Civil Action No. 07-4331 (JAG)  **ORDER** |

**GREENAWAY, JR., U.S.D.J.**

On October 3, 2008, Magistrate Judge Madeline Cox Arleo filed a Report and Recommendation ("R&R") (Docket Entry No. 30), pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2), wherein she recommended that the Answer (Docket Entry No. 12) of defendant, Cynthia Bennett ("Defendant"), be stricken from the record, and that default be entered against Defendant. The time for filing objections to the R&R has expired, and no objections were submitted.

A magistrate judge's recommended disposition of a dispositive matter is subject to de novo review. In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); Temptations, Inc. v. Wager, 26 F. Supp. 2d 740, 743 (D.N.J. 1998); see also FED. R. CIV. P. 72(b). This Court has reviewed the record and the R&R under the appropriate de novo standard, and agrees with Magistrate Judge Arleo's analysis and conclusion. Therefore,

IT IS, on this 6th day of March, 2009,

1

ORDERED that Magistrate Judge Arleo's R&R  (Docket Entry No. 30) is adopted as the opinion of the Court; and it is further

ORDERED that Defendant's Answer be stricken from the record; and it is further,

ORDERED that default be entered against Defendant; and it is further

ORDERED that plaintiff, The Prudential Insurance Company of America, be permitted to proceed to judgment by default; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.